UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF NEW ORLEANS
STATE OF LOUISIANA

**10-3815**

**KENNETH ROBERTS**        CIVIL ACTION NO:

**VERSUS**

**SECT. J  MAG. 1**

BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., HALIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION, WEATHERFORD INTERNATIONAL, INC., and/or WEATHERFORD INTERNATIONAL, LTD ANADARKO PETROLEUM CO., LTD., CORP., MOEX OFFSHORE - 2007 LLC, ART CATERING, INC., and TRANSOCEAN

FILED: _____        _____
                                    CLERK

## COMPLAINT

The complaint of Kenneth Roberts, a citizen of the state of Mississippi, and a resident of Wesson, respectfully represents:

1.

Made defendants herein are:

a)  BP, PLC ("BP"), a foreign corporation authorized to do and doing business in the State of Louisiana;

b)  BP Products North American, Inc. ("BP Products"), a foreign corporation authorized to do and doing business in the State of Louisiana;

c)  BP America, Inc. ("BP America"), a foreign corporation authorized to do and doing business in the State of Louisiana;

d)  Haliburton Energy Service, Inc., hereinafter referred to as "Haliburton," a

foreign corporation doing business in the State of Louisiana and within this district;

e) Cameron International Corporation f/k/a Cooper-Cameron Corporation, hereinafter referred to "Cameron," a foreign corporation doing business in the State of Louisiana and within this district;

f) Weatherford International, Inc., and/or Weatherford International, LTD, a foreign corporation authorized to do and doing business in the State of Louisiana, and within this district;

g) Anadarko Petroleum Co., LTD, Corp., a foreign corporation doing business in the State of Louisiana and/or the federal waters off the coast of Louisiana and this district;

h) MOEX Offshore - 2007, Inc., hereinafter referred to as "Moex," a foreign corporation authorized to do and doing business in the State of Louisiana and within this district;

i) ART Catering, Inc., hereinafter referred to as "ART Catering," a Louisiana corporation with its principal place of business in Plaquemines Parish, Louisiana; and

j) TRANSOCEAN, a foreign corporation headquartered in Houston, Texas, doing business within the State of Louisiana and this district.

2.

At all material times herein, Complainant, Kenneth Roberts, was employed by

ART Catering as a Jones Act Seaman.

3.

Complainant was permanently assigned to the DEEPWATER HORIZON offshore drilling vessel as a seaman and member of the crew.

4.

DEEPWATER HORIZON was in navigation in the Gulf of Mexico, using Propulsr/navigation system, and was owned and/or operated and/or chartered and/or controlled by TRANSOCEAN and/or BP at all material times herein.

5.

On or about April 20, 2010, Complainant, Kenneth Roberts, was an employee of ART Catering on board the DEEPWATER HORIZON when suddenly and without warning at approximately 10:00 p.m. on April 20, 2010, an explosion occurred on the DEEPWATER HORIZON .

6.

The explosion caused severe and extensive injuries to the body and psyche of Complainant.

7.

Complainant, Kenneth Roberts, was at all times pertinent herein, ordered to be and performing duties and functions as instructed and obliged to perform pursuant to directives of Defendants, ART Catering and/or BP and/or TRANSOCEAN.

8.

This accident was caused by no fault of Complainant and was caused solely by the negligence of Defendants and/or the unseaworthy conditions of the DEEPWATER HORIZON.

9.

At all times pertinent herein, the vessel DEEPWATER HORIZON on which the explosion occurred on was navigated in navigable water, manned, possessed, managed, controlled, chartered, and/or operated by Defendants, TRANSOCEAN and/or BP in a negligent fashion.

10.

BP, BP Products, and BP America (collectively "BP") are the holders of a lease granted by the Mineral Management Service that allows BP to drill for oil and perform oil-production-related operations at the site of the oil explosion and oil spill, and on April 20, 2010 operated the oil well that is the source of the oil spill and did so in a negligent fashion.

12.

Upon information and belief, Cameron manufactured and/or supplied the DEEPWATER HORIZON's blow-out preventers ("BOP") that failed to operate upon the explosion, which should have prevented the oil spill. The BOPs were defective because they failed to operate as intended. As such, Cameron is liable to Complainant under strict liability and for negligence.

13.

Haliburton was engaged in cementing operations of the well and well cap and, upon information and belief, improperly and negligently performed these duties, increasing the pressure at the well and contributing to the fire, explosion and resulting oil spill.

14.

Weatherford International, Inc., and/or Weatherford International, Inc., LTD, ("Weatherford") was engaged in the casing operations of the well and, upon information and belief, improperly and negligently performed these duties, contributing to the fire, explosion and resulting oil spill.

15.

Anadarko Petroleum Corp. and MOEX Offshore - 2007 LLC, are non-operating investors who maintain ownership interest in the well and are solidarily liable with Co-Defendants pursuant to the Operating Agreement with the BP Defendants.

16.

Complainant seeks recovery against the Defendants for the wrongful conduct, including gross, reckless, and wanton conduct, solely under the general maritime law and as a Jones Act seaman and member of the crew of the DEEPWATER HORIZON vessel.

17.

Complainant, Kenneth Roberts, demands that Defendant ART Catering provide him with maintenance and cure benefits until such time as he reaches "maximum medical cure" as determined by his treating physician. Complainant demands that maintenance be instituted in the amount of $60.00 per day from the date of his injury

and that any deficiency or non payment be subject to an award of compensatory and punitive damages, attorney fees, and costs.

18.

As a result of the negligence of the Defendants on the DEEPWATER HORIZON, Complainant, Kenneth Roberts, is entitled to recover the following damages:

    a)    Physical and mental injury, pain and suffering, mental anguish and distress and fright;

    b)    Loss of earnings, past and future;

    c)    Loss of earnings capacity;

    d)    Loss of enjoyment of life;

    e)    Mental anguish, grief, profound depression, anxiety and suffering;

    f)    Medical and related expenses, past and future; and

    g)    Punitive or exemplary damages.

19.

The Defendants' conduct was reckless and egregious in complete disregard of the safety of Complainant and Defendants are therefore liable for punitive damages.

WHEREFORE, Complainant, Kenneth Roberts prays that there be judgment in his favor and against the defendants, BP, PLC, BP Products North American, Inc., BP America, Inc., Haliburton Energy Service, Inc., Cameron International Corporation f/k/a Cooper-Cameron Corporation, Weatherford International, Inc., and/or Weatherford International, LTD, Anadarko Petroleum Co., LTD, Corp., MOEX Offshore - 2007, Inc., ART Catering, Inc., and TRANSOCEAN jointly and severally and in solido, for compensatory, punitive, exemplary and other appropriate damages, with legal interest

thereon and for all costs of these proceedings. Complainant also prays for all other relief as may be just and equitable in the premises.

Respectfully submitted:

*[signature]*

DAVID A. HILLEREN (#06921)
HILLEREN & HILLEREN, L.L.P.
Post Office Box 210
Evergreen, Louisiana 71333
Telephone: (318) 346-6162
Facsimile: (318) 346-612
Attorney for Kenneth Roberts

**PLEASE SERVE:**

**BP, PLC - VIA LONG ARM SERVICE**
501 Westlake Park Blvd.
Houston, Texas 77079

**BP PRODUCTS NORTH AMERICA, INC.**
through their agent of service for process:
The Prentice~Hall Corp. Sys., Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802

**BP AMERICA, Inc.**
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808

**HALIBURTON ENERGY SERVICES, INC.**
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808

*service information continued on next page

-8-

**CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION**
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808

**WEATHERFORD INTERNATIONAL, INC., and/or WEATHERFORD INTERNATIONAL, LTD**
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808

**ANADARKO PETROLEUM CO., LTD., CORP.**
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808

**MOEX OFFSHORE - 2007 LLC - VIA LONG ARM SERVICE**
9 Greenway Plaza
Suite 1220
Houston, Texas 77046

**ART CATERING, INC.**
through their agent of service for process:
Brenda J. Hingle
132 Jarrell Road
Belle Chasse, Louisiana 70037

**TRANSOCEAN**
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808