UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br>MEMBER CASE: 10-3815<br><br>SECTION: J(1) |

**ORDER**

Before the Court is Defendant Weatherford International, Ltd.'s **Motion to Dismiss for Lack of Jurisdiction and for Insufficiency of Process and Service of Complaint (Rec. Doc. 1019)** in member case 10-3815, <u>Roberts v. BP, PLC et al</u>.

Having been informed by Plaintiff's counsel that Plaintiff does not oppose the Motion,

**IT IS ORDERED** that Defendant Weatherford International, Ltd.'s **Motion to Dismiss for Lack of Jurisdiction and for Insufficiency of Process and Service of Complaint (Rec. Doc. 1019)** is hereby **GRANTED**.

New Orleans, Louisiana this 23rd day of February, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1